**Joeffre KOLOSKY, Appellant,**

v.

**State of MINNESOTA; Fairview University Medical Center; AFSCME Council 6, Local 1164, Appellees.**

No. 06–2182.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 25, 2007.

Filed: Dec. 6, 2007.

---

[1]. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

Joeffre Kolosky, Burnsville, MN, pro se.

John Steven Garry, Attorney General's Office, St. Paul, MN, Lee Andrew Lastovich, Felhaber & Larson, Minneapolis, MN, Gregg Marlowe Corwin, Jennifer J. Duchscherer, Corwin & Associates, St. Louis Park, MN, for Appellees.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

## PER CURIAM.

Joeffre Kolosky appeals the district court's[1] dismissal of his civil action. Upon this court's de novo review, we conclude dismissal was proper for the reasons given by the district court. *See Banks v. Int'l Union Elec. Workers,* 390 F.3d 1049, 1052 (8th Cir.2004) (de novo review of dismissal for res judicata); *Thomas v. FAG Bearings Corp.,* 50 F.3d 502, 504 (8th Cir.1995) (same; dismissal for Eleventh Amendment immunity). We also conclude that the imposition of filing restrictions on Kolosky was warranted, *see In re Tyler,* 839 F.2d 1290, 1290–95 (8th Cir.1988) (per curiam), and that the district court did not abuse its discretion in denying Kolosky's motion to reconsider, *see Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir.2001); *Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs. of the Black Hills,* 141 F.3d 1284, 1286 (8th Cir.1998).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.